[No. 15375–7–I. Division One. June 2, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
L. BLACKWELL, *Appellant.*

Appeal from a judgment of the Superior Court for King

County, No. 84–1–01653–8, Arthur E. Piehler, J., entered September 10, 1984. *Reversed* and *remanded* by unpublished per curiam opinion.